# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of M.M.F., a child.

S.F.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-244

_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Susan B. Maulucci, Judge.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Meredith K. Hall, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division of Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.